

**Kent & Risley LLC**

5755 N Point Parkway Ste 57
Alpharetta, GA  30022
www.KentRisley.com

**Olivia E. Marbutt**
*Partner*
(404) 855-3865
oliviamarbutt@kentrisley.com

May 29, 2026

By CM/ECF

Deputy Clerk
Courtroom Deputy to The Honorable Thomas H. Thrash, Jr.
2188 Richard B. Russell Federal Building and United States Courthouse
United States District Court for the Northern District of Georgia
75 Ted Turner Dr. SW
Atlanta, GA  30303-3309

     Re:    *Mi & My Co LLC v. Tasheim Stratton*, Case No. 1:26-cv-02917

Dear Deputy Clerk:

I am lead counsel for the plaintiff in the above-referenced matter.  Pursuant to Local Rule 83.1(E)(3)(5), I hereby request leave of absence for fewer than 21 days on the following dates:

1.  June 29, 2026

2.  July 5-6, 2026

3.  July 27, 2026-July 31, 2026;

4.  August 3, 2026.

I respectfully request that this case not be calendared during the above periods of my absence.  Thank you very much.

Very truly yours,

Olivia E. Marbutt